DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON K. FEISTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0815

_____

December 5, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Jason K. Feister, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.